## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joshua Harris, | Case No. 24-CV-01791 (JMB/DJF) |
| Plaintiff, | |
| v. | ORDER |
| Toua Vang, Andrew Nelson, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster dated September 16, 2024. (Doc. No. 23.) The R&R recommends that the Court dismiss this action under Federal Rule of Civil Procedure 41(b). (*See* Doc. No. 23.) Harris did not object to the R&R. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 23) is ADOPTED; and

2. The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 31, 2024

/s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court